**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) ) ) | **ORDER** |
| 1108 Summit Boulevard, Apartment # 3 City of Bismarck, Burleigh County, North Dakota | ) ) ) | Case No. 1:08-mj-012 |

The court hereby **GRANTS** the Government's Motion to Seal all materials associated with the issuance of the above-captioned Search Warrant, including the Search Warrant, Application for Search Warrant, attachments, supporting affidavit, Search Warrant Return, and this order.

**IT IS SO ORDERED.**

Dated this 2nd day of May, 2008.

*/s/  Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Juge